IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff. <br><br> v. <br><br> THE COUNTY OF NORTHUMBERLAND, PENNSYLVANIA, <br><br> Defendant. | No. 4:16-CV-00827 <br><br> (Judge Brann) |

## ORDER

**AND NOW**, this 19th day of April 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Partial Summary Judgment, ECF No. 24, is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Motion is **GRANTED** as to the Defendant's status as an "enterprise" under the Fair Labor Standards Act.

2. The Motion is **GRANTED** as to the Defendant's liability for failing to pay overtime to on-call workers for time spent on telephone calls and paperwork.

3. The Motion is **GRANTED** as to the Defendant's liability for failing to record time spent by on-call workers on telephone calls and paperwork.

4. The Motion is otherwise **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge